Kenneth R. COOK, Plaintiff,

Grant D. Relic, Attorney–Appellant,

v.

AUTOMATION TOOL & DIE, INC.,
Defendant–Appellee.

No. 00–3241.

United States Court of Appeals,
Sixth Circuit.

Sept. 25, 2001.

Before GUY and MOORE, Circuit
Judges; and HULL, District Judge.*

PER CURIAM.

The sole issue presented in this appeal is
whether the trial judge abused his discretion in making an award of attorney fees
and expenses pursuant to 28 U.S.C. § 1927
against attorney Grant D. Relic. After
reviewing the record we are unable to
conclude that Judge Matia abused his discretion, and we affirm.

The trial judge issued a written opinion
fully detailing his reasons and authority
for granting attorney fees and expenses.
On appeal, the same issues are presented
and the same authorities are relied upon
as in the district court. No jurisprudential
purpose would be served by this court
merely repeating what was said in the
district judge's written opinion. We therefore affirm on the basis of the district
court opinion and order.

AFFIRMED.